IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-30115 |
| | ) | |
| CLARENCE EDWARD PLATO | ) | |
| and BISHOP CARZELL GRAHAM, | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This matter comes before the Court on Defendants Clarence Edward Plato and Bishop Carzell Graham's Post Trial Motions (d/e 52 & 64). At the conclusion of a jury trial on August 13, 2008, a jury found Defendants Clarence Edward Plato and Bishop Carzell Graham guilty of distribution of 50 or more grams of a mixture or substance containing cocaine base (crack) in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A). The Defendants now ask for relief from the verdict. Each Defendant raises all matters that he previously raised by motion or objection. For the reasons stated of record previously, the Court reaffirms its prior decisions regarding these

1

matters and finds no basis for a new trial or other post trial relief. Each Defendant specifically renewed his assertions that the Government failed to present sufficient evidence to sustain the verdict. For the reasons stated of record at trial, the Court reaffirms its prior decision that the Government presented sufficient evidence to sustain the verdict.

Defendants also request to supplement the motions after review of the trial transcript. The request is denied. Counsel and Defendants were present throughout the trial and should not need a transcript to prepare post trial motions. Furthermore, neither Defendant identifies any issue that would require review of the transcripts.

THEREFORE, Defendants Clarence Edward Plato and Bishop Carzell Graham's Post Trial Motions (d/e 52 & 64) are DENIED.

IT IS THEREFORE SO ORDERED.

ENTER:  October 15, 2008

FOR THE COURT:

s/ Jeanne E. Scott
JEANNE E. SCOTT
UNITED STATES DISTRICT JUDGE