


## Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: PLATO, CLARENCE EDWARD  15475-026

SEQUENCE: 00106982
Report Date: 05-15-2019



| | | | |
|---|---|---|---|
| Facility: | FAI FAIRTON FCI | Custody Level: | IN |
| Name: | PLATO, CLARENCE | Security Level: | MEDIUM |
| Register No.: | 15475-026 | Proj. Rel Date: | 10-05-2025 |
| Quarters: | C01-102LH | Release Method: | GCT REL |
| Age: | 35 | DNA Status: | THP01086 / 02-24-2010 |
| Date of Birth: | | | |

### Offenses and Sentences Imposed

| Charge | Terms In Effect |
|---|---|
| 21:841(A)(1)&(B)(1)(A) DISTRIBUTION OF 50 GRAMS OR MORE OF COCAINE BASE (CRACK), CT 1. | 240 MONTHS |

Date Sentence Computation Began:   04-20-2009
Sentencing District:   ILLINOIS, CENTRAL DISTRICT

| Days FSGT / WSGT / DGCT | Days GCT or EGT / SGT | Time Served | + Jail Credit   - InOp Time |
|---|---|---|---|
| 0 /   0 /   258 | 417 | Years: 11 Months: 6 Days: 6 | + 529    JC  - 0    InOp |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

### Program Plans

Inmate Plato arrived at FCI Fairton on February 19, 2019. Thus far, he has maintained clear conduct since his arrival. During inmate Plato's initial classification and subsequent reviews, it was recommended he participate in educational programs and maintain clear conduct.

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| FAI | UNASSG/CL | UNASSIGNED/C UNIT LEFT | 02-19-2019 |

### Work Assignment Summary

Inmate Plato is currently unassigned. He is currently on the Unit Orderly list.

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| FAI | ESL HAS | ENGLISH PROFICIENT | 06-01-2009 |
| FAI | GED HAS | COMPLETED GED OR HS DIPLOMA | 06-01-2009 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| MNA M | C | RPP #3-FINANCIAL MGMT | 05-04-2018 | 06-28-2018 |
| MNA M | C | REAL ESTATE 2 | 05-04-2018 | 06-28-2018 |
| MNA M | C | RPP2-INTERVIEWING SKILLS ACE | 05-04-2018 | 06-28-2018 |
| MNA M | C | RPP-6 ACE: KEEPING A JOB-2HR | 05-04-2018 | 06-28-2018 |
| MNA M | C | RPP#2- MAKING CAREER DECISIONS | 05-04-2018 | 06-28-2018 |
| MNA M | C | RPP6-ACE: PUBLIC SPEAKING | 05-04-2018 | 06-28-2018 |
| MNA M | C | FCI BLACK HISTORY | 05-04-2018 | 06-28-2018 |
| MNA M | C | RPP-INTRO TO HEALTH EDUCATION | 04-04-2018 | 05-24-2018 |
| MNA M | C | RPP6-ACE REAL ESTATE CLASS | 04-04-2018 | 05-24-2018 |
| MNA M | C | ANIMAL RESCUE 2 | 04-03-2018 | 05-24-2018 |
| MNA M | C | RPP6-REENTRY SKILL: DIS TAXES | 04-04-2018 | 05-24-2018 |
| MNA M | C | FINANCIAL PEACE 2 | 04-03-2018 | 05-24-2018 |
| MNA M | C | FINANCIAL PEACE 1 | 04-03-2018 | 05-24-2018 |
| MNA M | C | SOFT SKILLS IN THE WORK FORCE | 01-09-2018 | 04-27-2018 |
| MNA M | C | RPP6-CONSUMER SKILLS-ACE | 01-09-2018 | 03-07-2018 |



## Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: PLATO, CLARENCE EDWARD   15475-026

SEQUENCE: 00106982
Report Date: 05-15-2019

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| MNA M | C | RPP4-ACE CAREER PLANNING | 01-09-2018 | 03-07-2018 |
| MNA M | C | ANIMAL RESCUE | 12-09-2017 | 03-05-2018 |
| MNA M | C | AIDS * DISEASE PREVENTION | 05-31-2016 | 05-31-2016 |
| PEK | C | BASIC STOCK INVESTMENT SKILLS | 03-28-2013 | 05-15-2013 |
| PEK | C | BAS SPANISH 6-7  FCI | 04-03-2013 | 05-15-2013 |
| PEK | C | NUTRITION CLASS - RECREATION | 01-08-2013 | 01-22-2013 |
| PEK | C | FOOT INJURIES CLASS | 04-24-2012 | 04-26-2012 |
| PEK | C | BASIC WELLNESS CLASS | 04-10-2012 | 04-12-2012 |
| PEK | C | PLYOMETRIC CLASS - RECREATION | 03-20-2012 | 03-22-2012 |
| PEK | C | BENEFITS OF EXERCISE | 02-07-2012 | 02-09-2012 |
| PEK | C | NUTRITION CLASS - RECREATION | 01-10-2012 | 01-12-2012 |

### Education Information Summary

Inmate Plato participated in numerous programs during his incarceration. See education data.  He is currently on the waiting list for the Non-residential and the Residential Drug Abuse Program.

### Discipline Reports

| Hearing Date | Prohibited Acts |
|---|---|
| 01-25-2019 | 208 : INTERFERING WITH SECRY DEVICES |
| 11-07-2018 | 328 : GIVING/ACCEPTNG MONEY W/O AUTH |
| 07-13-2017 | 201 : FIGHTING WITH ANOTHER PERSON |
| 03-23-2017 | 297 : PHONE ABUSE-DISRUPT MONITORING |
| 06-13-2016 | 310 : BEING ABSENT FROM ASSIGNMENT |
| 04-24-2014 | 208 : INTERFERING WITH SECRY DEVICES |
| 03-07-2014 | 306 : REFUSING WORK/PGM ASSIGNMENT |
| 03-04-2014 | 208 : INTERFERING WITH SECRY DEVICES |
| 01-27-2014 | 306 : REFUSING WORK/PGM ASSIGNMENT |
| 11-12-2013 | 307 : REFUSING TO OBEY AN ORDER |
|  | 312 : BEING INSOLENT TO STAFF MEMBER |
| 11-01-2013 | 307 : REFUSING TO OBEY AN ORDER |
| 11-01-2013 | 228 : TATTOOING OR SELF-MUTILATION |
| 09-20-2013 | 307 : REFUSING TO OBEY AN ORDER |
| 08-20-2013 | 306 : REFUSING WORK/PGM ASSIGNMENT |
| 08-20-2013 | 330 : BEING UNSANITARY OR UNTIDY |
| 08-20-2013 | 307 : REFUSING TO OBEY AN ORDER |
|  | 312 : BEING INSOLENT TO STAFF MEMBER |
| 08-14-2013 | 224 : ASSAULTING W/O SERIOUS INJURY |
| 06-26-2013 | 299 : DISRUPTIVE CONDUCT-HIGH |
| 12-22-2011 | 307 : REFUSING TO OBEY AN ORDER |

### Discipline Summary

See data.

### ARS Assignments

| Facl | Assignment | Reason | Start | Stop |
|---|---|---|---|---|
| FAI | A-DES | TRANSFER RECEIVED | 02-19-2019 | CURRENT |
| YAP | A-DES | TRANSFER RECEIVED | 01-25-2019 | 02-12-2019 |
| MNA M | A-DES | OTHER AUTH ABSENCE RETURN | 02-28-2018 | 10-13-2018 |
| MNA M | A-DES | TRANSFER RECEIVED | 05-25-2016 | 02-28-2018 |
| CLP | A-DES | TRANSFER RECEIVED | 11-18-2014 | 05-24-2016 |
| BMP | A-DES | TRANSFER RECEIVED | 06-23-2014 | 09-10-2014 |
| HAZ | A-DES | TRANSFER RECEIVED | 12-09-2013 | 06-03-2014 |
| LEE | A-DES | TRANSFER RECEIVED | 10-01-2013 | 12-03-2013 |
| PEK | A-DES | TRANSFER RECEIVED | 09-14-2010 | 09-16-2013 |
| THP CHG | A-DES | TRANSFER RECEIVED | 05-28-2009 | 09-07-2010 |

### Current Care Assignments

## Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: PLATO, CLARENCE EDWARD   15475-026

SEQUENCE: 00106982
Report Date: 05-15-2019

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 06-01-2016 |
| CARE1-MH | CARE1-MENTAL HEALTH | 08-04-2014 |

**Current Medical Duty Status Assignments**

| Assignment | Description | Start |
|---|---|---|
| NO PAPER | NO PAPER MEDICAL RECORD | 12-17-2013 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 06-01-2016 |
| YES F/S | CLEARED FOR FOOD SERVICE | 06-01-2016 |

**Current PTP Assignments**

| Assignment | Description | Start |
|---|---|---|
| CHG COMP | CHALLENGE COMPLETED | 05-21-2010 |

**Current Drug Assignments**

| Assignment | Description | Start |
|---|---|---|
| DAP NO INT | DRUG ABUSE PROGRAM NO INTEREST | 01-03-2014 |
| ED COMP | DRUG EDUCATION COMPLETE | 02-10-2010 |
| NR WAIT | NRES DRUG TMT WAITING | 02-21-2019 |

**Physical and Mental Health Summary**

Inmate Plato is assigned regular duty status with no medical restrictions. He should be fully employable after his release from custody.

## FRP Details

Most Recent Payment Plan

**FRP Assignment:** COMPLT    FINANC RESP-COMPLETED    Start: 02-19-2010
**Inmate Decision:** AGREED    $25.00    Frequency: MONTHLY
**Payments past 6 months:** $0.00    Obligation Balance: $0.00

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

**Financial Responsibility Summary**

The Central District of Illinois imposed a $100 felony assessment fee. He completed payment of his financial obligation through the Inmate Financial Responsibility Program.

**Release Planning**

Inmate Plato plans to reside in Springfield, Illinois, after his release from custody. Additionally, staff will recommended him for placement in a Residential Reentry Center to assist with his transitional needs.

**General Comments**

Overall, inmate Plato is not considered to be a management concern at this time. He readily volunteers to assist with staff in keeping the office clean and occasionally mentors the younger inmates adjusting to the institutional setting.



## Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: PLATO, CLARENCE EDWARD   15475-026

SEQUENCE: 00106982
Report Date: 05-15-2019

Name: PLATO, CLARENCE EDWARD
Register Num: 15475-026
Age: 35
Date of Birth:
DNA Status: THP01086 / 02-24-2010



Inmate  (PLATO, CLARENCE EDWARD, Register Num: 15475-026)

5-15-19
Date

Chairperson

5-15-19
Date

Case Manager

5/15/19
Date